**EXHIBIT B**

FILED
CLERK
10:12 am, Sep 11, 2024
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ALI COLAK, *on behalf of himself and all others similarly situated*,

        Plaintiffs,

v.

THE MELTING POT RESTAURANTS, INC.,

        Defendant.

---

2 : 24-cv-00602

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Ali Colak ("Plaintiff") and The Melting Pot Restaurants, Inc. ("Defendant"), by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees.

Dated: __August 9__, 2024

STEIN SAKS PLLC

By: __s/Mark Rozenberg__
Mark Rozenberg
Stein Saks, PLLC
One University Plaza
Hackensack, NJ 07601
201-282-6500
mrozenberg@steinsakslegal.com

*Attorneys for Plaintiff*

MORGAN, LEWIS & BOCKIUS LLP

By: __s/Michael F. Fleming__
Michael F. Fleming
101 Park Avenue
New York, New York 10178
Tel: (212) 309-6207
Email: michael.fleming@morganlewis.com

*Attorneys for Defendant*

**SO ORDERED:**

Dated: __9/11/2024__, 2024

    /s/ Gary R. Brown
    United States District Judge